Western New York Institute for Deaf Mutes, Plaintiff, v. County of Broome, Defendant.—Judgment ordered in favor of the plaintiff upon the submission for the sum of $553.34, with interest thereon from the 14th day of March, 1908, with costs of the submission. All concurred.

Manitou Beach Rod and Gun Club, Appellant, v. William Burger, Respondent.— Judgment affirmed, with costs. Held, that the Burnett deed conveyed the land in dispute. All concurred.

In the Matter of John H. Case, an Incompetent Person. John H. Case and May Case, Appellants; Maggie L. Shepard and Minnie L. Poole, Respondents.— Order affirmed, without costs. All concurred, except Kruse, P. J., who dissented upon the ground that the letters of the wife should not have been received, and that in any event the evidence is insufficient to show incompetency; Lambert, J., not sitting.

The People of the State of New York ex rel. The Herald-Advertiser Publishing Company, Relator, v. The City of Dunkirk and Others, Respondents.— Writ of certiorari dismissed, without costs, and without passing upon the merits, the time covered by the printing contract having expired. All concurred.

The New York Central and Hudson River Railroad Company, Respondent, v. Lillian Sweeting and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Rose Novakowski, as Administratrix, etc., Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented upon the ground that the plaintiff's intestate was not shown free from contributory negligence.

Frank Ulmer, Appellant, v. American Locomotive Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Frank Ulmer, Appellant, v. American Locomotive Company, Respondent.— Order denying motion for new trial on ground of newly-discovered evidence, affirmed, with costs. All concurred.

Elnora C. Northrop Smith, Appellant, v. Stark-Nellis Realty Company and Others, Respondents.— Judgment affirmed, with costs. All concurred; Lambert, J., not sitting.

Paul De Cillis, Respondent, v. Maria H. Mascelli, Individually and as Executrix, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Elijah Booth, Respondent, v. H. S. Kerbaugh, Incorporated, Appellant.— Judgment and order affirmed, with costs. All concurred.

Irving E. Smith, Respondent, v. Buffalo, Lockport and Rochester Railway Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion to amend decision denied.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, for an Order Revoking and Canceling Liquor Tax Certificate No. 16,893, Issued to William A. Thater, and Transferred to Catherine Cronin.— Motion for reargument denied, with ten dollars costs.

Frank Sharrow, as Administrator, etc., Appellant, v. Inland Lines, Limited, and Stadacona Steamship Company, Respondents.— Motion for leave to appeal to Court of Appeals granted.